UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

                Plaintiff,

- v. -

ANA RIVERA,
    a/k/a "Melissa Ramos,"

               Defendant.

**ORDER**

19 Cr. 789 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

    It is hereby ORDERED that there shall be a conference in this matter on **March 6, 2020 at 3:30 p.m.** in Courtroom 705 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York. The purpose of the conference is to discuss the pending motion to withdraw by defense counsel David Touger.

Dated: New York, New York
       March 2, 2020

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge