Law Office of
# Zachary Margulis-Ohnuma

May 26, 2020

**Via ECF**

Hon. Paul G. Gardephe
U.S. District Court
Southern District of New York
40 Foley Square
New York, NY 10007

> MEMO ENDORSED
>
> The Application is granted.
>
> SO ORDERED:
>
> *Paul G. Gardephe*
> Paul G. Gardephe, U.S.D.J.
>
> Dated: May 26, 2020

    RE: <u>U.S. v. Ana Rivera</u>, 19 Cr. 789

Dear Judge Gardephe:

   This office represents the defendant Ana Rivera in the above-captioned case. I write to request a temporary modification of Ms. Rivera's conditions of release to permit her to travel to Puerto Rico from May 27 through June 3, 2020 to be with her family and attend her brother's funeral in the wake of his sudden death early this morning. She will provide Pretrial Services with her itinerary. Ms. Rivera has been perfectly compliant with all conditions of her release.

   I spoke to AUSA Mathew Andrews and Pretrial Services and both advise that they do not object to this request.

   Thank you for your attention to this case.

                                    Very truly yours,

                                    *Victoria Nicole Medley*

                                    Victoria Nicole Medley

CC:  AUSA Mathew Andrews (via ECF and email)
     Pretrial Services (via email)

260 Madison Avenue, 17th Floor • New York, NY 10016
(212) 685-0999 • zach@zmolaw.com
www.zmolaw.com