# Law Office of
# Zachary Margulis-Ohnuma

May 27, 2020

**Via ECF**

Hon. Paul G. Gardephe
U.S. District Court
Southern District of New York
40 Foley Square
New York, NY 10007

> MEMO ENDORSED
>
> The Application is granted.
>
> SO ORDERED:
>
> *Paul G. Gardephe*
> Paul G. Gardephe, U.S.D.J.
>
> Dated: May 28, 2020

RE: U.S. v. Ana Rivera, 19 Cr. 789

Dear Judge Gardephe:

   This office represents the defendant Ana Rivera in the above-captioned case.  I write to request a temporary modification of Ms. Rivera's conditions of release to permit her to travel to Puerto Rico to attend her brother's funeral in the wake of his sudden death.

   Yesterday, Ms. Rivera requested that she be permitted to travel to Puerto Rico from May 27 through June 3, 2020. However, the family has now scheduled the funeral for June 7th or 8th. As a result, Ms. Rivera requests to travel from June 3 through June 12, 2020 instead. She will provide Pretrial Services with her updated itinerary. Ms. Rivera has been perfectly compliant with all conditions of her release.

   I spoke to AUSA Mathew Andrews and Pretrial Services and both advise that they do not object to this updated request.

   Thank you for your attention to this request.

                                    Very truly yours,

                                    *Victoria Nicole Medley*

                                    Victoria Nicole Medley


CC:   AUSA Mathew Andrews (via ECF and email)
      Pretrial services Officer Francesca Piperato (via email)

260 Madison Avenue, 17th Floor • New York, NY 10016
(212) 685-0999 • zach@zmolaw.com
www.zmolaw.com