# ZMO Law PLLC

April 12, 2024

*Via ECF*

Hon Paul G. Gardephe
Southern District of New York
Thurgood Marshall US Courthouse
40 Foley Square
New York, NY 10007
USA

**MEMO ENDORSED**
The Application is granted.
**SO ORDERED:**

*Paul G. Gardephe*
Paul G. Gardephe, U.S.D.J.

Date: April 15, 2024

    RE: *U.S. v. Ana Rivera*, 19 Cr. 789

Dear Judge Gardephe:

    This office represents Ana Rivera in the above-captioned matter. We write to request a temporary modification of her conditions of release to permit her to travel to Puerto Rico. The government and pretrial services do not object to this request.

    Ms. Rivera would like to travel to Puerto Rico from May 16 to May 20, 2024, with her mother, son, and partner to visit family and to honor the four-year anniversary of her brother's passing. Ms. Rivera will provide all details of her travel, including flight information and accommodations, to pretrial services. Ms. Rivera has travelled multiple times while under federal supervision and has always maintained compliance.

    Thank you for your attention to this case.

Very truly yours,

*Zachary Margulis-Ohnuma*

Zachary Margulis-Ohnuma

CC: Mathew Andrews (via ECF)
    PTSO Jessica Aguilar-Adan (via email)

353 Lexington Avenue, Suite 900 • New York, NY 10016
(212) 685-0999 • vm@zmolaw.com
www.zmolaw.com