UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>- against -<br><br>ANA RIVERA,<br><br>Defendant. | **ORDER**<br><br>19 Cr. 789 (PGG) |

PAUL G. GARDEPHE, U.S.D.J.:

        The sentencing currently scheduled for November 14, 2025, at 3:00 p.m. is adjourned to **November 13, 2025, at 2:00 p.m**. in Courtroom 705 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York.

Dated: New York, New York
        November 7, 2025

        SO ORDERED.

        *[signature]*
        Paul G. Gardephe
        United States District Judge