UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>- against -<br><br>ANA RIVERA,<br><br>Defendant. | **ORDER**<br><br>19 Cr. 789 (PGG) |

PAUL G. GARDEPHE, U.S.D.J.:

    The Pretrial Services Office is directed to return Defendant Rivera's United States passport to Defendant Rivera.

Dated:  New York, New York
    November 14, 2025

                SO ORDERED.

                *Paul Gardephe*
                _____
                Paul G. Gardephe
                United States District Judge